UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JOSEPH JOLIVETTE                              CIVIL ACTION NO. 11-CV-1348

VERSUS                                        JUDGE MELANCON

MICHAEL J. ASTRUE,                            MAGISTRATE JUDGE HANNA
COMMISSIONER OF SOCIAL SECURITY

# JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and considering objections filed, *R. 21*, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the findings and conclusions therein as its own.

Accordingly, it is **ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and that this action be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 21st day of December, 2012.

_____
Tucker L. Melancon
UNITED STATES DISTRICT JUDGE